UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                            Case No. 06-cr-196-01-SM

Antonio Ortiz

## O R D E R

Defendant Ortiz's motion to continue the final pretrial conference and trial is granted (document 15). Trial has been rescheduled for the February 2007 trial period. Defendant Ortiz shall file a waiver of speedy trial rights not later than November 29, 2006. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** February 1, 2007 at 3:30 p.m.

**Jury Selection**: February 6, 2007 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

November 21, 2006

cc:   Jonathan Saxe, Esq.
      Robert Veiga, AUSA
      US Probation
      US Marshal